UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TERRIE CAMPBELL, ARTHUR CHAMNESS,       :
ROLLIE CLARK, LURA ELLIS, SHIRLEY       :
GILLIAM, ELEAMOR GRAVES, MICHELLE       :
GREEN, SUZIE HAKE, MADELYN HAMBLIN,     :
LINDA HAMILTON, EARLAINE HANSEN,        :
MELODY HANSON, HILDA HARMON,            :
LINDA HARRIS, JET HERT, DORIS HODGES,   :
GLENDA JOHNSTON, YVONNE SPRADLING,      :
DONNA WENGER,                           :
                                        :
       Plaintiffs.                      :    Civil Action
v.                                      :    No. 04-11345-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;      :
WYETH, INC., F/K/A AMERICAN HOME        :
PRODUCTS CORPORATION; WYETH             :
PHARMACEUTICALS, INC F/K/A WYETH-       :
AYERST PHARMACEUTICALS, INC., A         :
DIVISION OF AMERICAN HOME PRODUCTS      :
CORPORATION; AND BOEHRINGER             :
INGELHEIM PHARMACEUTICALS, INC.,        :
                                        :
       Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## **NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 6, 2004                          Respectfully submitted,
      Boston, Massachusetts

                                                           /s/Matthew J. Matule
                                                           Matthew J. Matule (BBO #632075)
                                                           SKADDEN, ARPS, SLATE,
Of Counsel:                                     MEAGHER & FLOM LLP
Barbara Wrubel                               One Beacon Street
Katherine Armstrong                          Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                        (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                               Counsel for Defendant
                                                           Boehringer Ingelheim Pharmaceuticals, Inc.